David L. Emerzian, # 222930
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
JEM RESTAURANT MANAGEMENT
CORPORATION, dba WENDY'S OLD FASHIONED
HAMBURGERS, SUSAN C. EMERZIAN, TRUSTEE
OF THE EMERZIAN SISTERS 1999 IRREVOCABLE
TRUST DATED SEPTEMBER 1, 1999

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>           Plaintiff,<br><br>      v.<br><br>JEM RESTAURANT MANAGEMENT CORPORATION, dba WENDY'S OLD FASHIONED HAMBURGERS, SUSAN C. EMERZIAN, TRUSTEE OF THE EMERZIAN SISTERS 1999 IRREVOCABLE TRUST DATED SEPTEMBER 1, 1999,<br><br>           Defendants. | Case No. **1:10-cv-02140-LJO-MJS**<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT; AND ORDER THEREON** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Defendants JEM RESTAURANT MANAGEMENT CORPORATION, dba WENDY'S OLD FASHIONED HAMBURGERS, SUSAN C. EMERZIAN, TRUSTEE OF THE EMERZIAN SISTERS 1999 IRREVOCABLE TRUST DATED SEPTEMBER 1, 1999 shall have a 21 day extension of time, to and including February 2, 2011, to respond to Plaintiff DANIEL DELGADO's Complaint.

   This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the

46046/00000-1669742.v1

same Stipulation.

Dated: January 7, 2011                      McCORMICK, BARSTOW, SHEPPARD,
                                                           WAYTE & CARRUTH LLP


                                                    By: /s/ David L. Emerzian
                                                           David L. Emerzian
                                                        Attorneys for Defendants
                                                    JEM RESTAURANT MANAGEMENT
                                                    CORPORATION, dba WENDY'S OLD
                                                    FASHIONED HAMBURGERS, SUSAN
                                                     C. EMERZIAN, TRUSTEE OF THE
                                                         EMERZIAN SISTERS 1999
                                                        IRROVOCABLE TRUST DATED
                                                           SEPTEMBER 1, 1999


Dated: January 7, 2011                              MOORE LAW FIRM, P.C.


                                                    By: /s/ Tanya Moore, Esq.
                                                          Tanya Moore, Esq.
                                                        Attorneys for Plaintiff
                                                          DANIEL DELGADO


### ORDER THERE ON

Pursuant to stipulation, as set forth above, it is **SO ORDERED** that Defendants JEM RESTAURANT MANAGEMENT CORPORATION, dba WENDY'S OLD FASHIONED HAMBURGERS, SUSAN C. EMERZIAN, TRUSTEE OF THE EMERZIAN SISTERS 1999 IRREVOCABLE TRUST DATED SEPTEMBER 1, 1999 shall have a 21 day extension of time, to and including February 2, 2011, to respond to Plaintiff DANIEL DELGADO's Complaint.

IT IS SO ORDERED.

Dated:   January 10, 2011             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. BOX 28912
FRESNO, CA 93729-8912

46046/00000-1669742.v1                    2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28