```
1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Daniel Delgado
6
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DANIEL DELGADO, | ) No. 1:10-CV-02140-LJO-MJS |
|---|---|
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **OF ACTION; ORDER** |
| YEM RESTAURANT MANAGEMENT CORPORATION, et al., | ) |
| Defendants. | ) |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: March 31, 2011                    MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorneys for Plaintiff Daniel Delgado

*Delgado v. Yem Restaurant Management Corporation, et al.*
Notice of Voluntary Dismissal; Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 31, 2011**                                      **/s/ Lawrence J. O'Neill**
                                                                                          UNITED STATES DISTRICT JUDGE